B18 (Official Form 18) (12/07)

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 10−21958−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael P Molloy　　　　　　　　　　　　　Lisa M Molloy
10 Oakland Ct　　　　　　　　　　　　　　10 Oakland Ct
Matawan, NJ 07747　　　　　　　　　　　　Old Bridge, NJ 08857

Social Security No.:
　xxx−xx−4324　　　　　　　　　　　　　　xxx−xx−2638

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　　BY THE COURT

Dated: August 27, 2010　　　　　　　　　　Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 27, 2010
Case: 10-21958                Form ID: b18             Total Noticed: 41
```

The following entities were noticed by first class mail on Aug 29, 2010.
```
db/jdb          +Michael P Molloy,    Lisa M Molloy,    10 Oakland Ct,    Matawan, NJ 07747-3537
smg              U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
510700455        Affiliated Orthopedic Specialists,    2186 State Hwy27 Suite 1a,    North Brunswick, NJ   08902
510700456       +Alliance One Receivables Management Inc,    P O Box 2449,    Gig Harbor, WA 98335-4449
510700459        Baker Hostetler LLP,    SunTrust Center, Suite 2300,    Orlando, FL  32802-0112
510700465       +DJO,    Dj Ortho,    P O Box 515471,    Los Angeles, CA 90051-6771
510700464       +Disney Vacation Club,    1390 Celebration Blvd,    Celebration, FL 34747-5166
510700466       +Edison Anesthesia At Oak Tree,    3848 Park Avenue,    Edison, NJ 08820-2508
510700470       +Keystone Financial Services,    P O Box 730,    Allenwood, NJ 08720-0730
510700471       +LCA,    P O Box 2240,    Burlington, NC 27216-2240
510700472       +MCS Claim Services,    123 Frost Street, Suite 150,    Westbury, NY 11590-5027
510700473        Meridian Health,    P.O. Box 397,    Neptune, NJ  07754-0397
510700475       +Nationwd Rec,    Pob 8005,    Cleveland, TN 37320-8005
510700476       +Nudelman, Nudelman & Ziering PC,    425 Eagle Rock Ave., Ste 403,    Roseland, NJ 07068-1787
510700477       +Oak Tree Surgery Center,    1931 Oak Tree Road,    Edison, NJ 08820-2072
510700478       +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
510700479       +Orthopaedic Sports Medicine & Rehabili,    80 Oak Hill Rd,    Red Bank, NJ 07701-5727
510700480       +Poland Spring Direct,    #215 6661 Dixie Hwy, Ste 4,    Louisville, KY 40258-3950
510700484       +RWJ Health Network,    P.O. Box 251,    South Amboy, NJ 08879-0251
510700481       +Remex Inc,    322 Wall Street,    Princeton, NJ 08540-1515
510700482       +Rivereview Medical Center,    P.O. Box 34020,    Newark, NJ 07189-0001
510700483       +Robert Wood Johnson University Medical G,    P O Box 15278,    Newark, NJ 07192-5278
510700486       +Sunrise Credit Services,    260 Airport Plaza,    Farmingdale, NY 11735-3946
510700487       +The Jeffrey Matthews Financial Group,    284 Millburn Avenue,    Millburn, NJ 07041-1622
510700488       +Trans-Continenttal,    P O Box 5055,    White Plains, NY 10602-5055
510700489       +University Radiology Group,    579A Cranbury Road,    East Brunswick, NJ 08816-5426
510700490        Verngroff Williams & Associates, Inc,    P.O. Box 4155,    Sarasota, FL  34230-4155
```

The following entities were noticed by electronic transmission on Aug 27, 2010.
```
510700457       +EDI: HNDA.COM Aug 27 2010 18:18:00      Am Honda Fin,    200 Continential Dr Ste,
                  Newark, DE 19713-4334
510700458       +EDI: AMEREXPR.COM Aug 27 2010 18:08:00      Amex,    Po Box 297871,
                  Fort Lauderdale, FL 33329-7871
510700460       +EDI: RMSC.COM Aug 27 2010 18:13:00      Banana Republic,    P O Box 530942,
                  Atlanta, GA 30353-0942
510700462       +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
510700463       +EDI: CHASE.COM Aug 27 2010 18:18:00      Chase,    800 Brooksedge Blvd,
                  Westerville, OH 43081-2822
510700467       +E-mail/Text: BKNOTICES@EAFLLC.COM                             Equable Ascent Financi,
                  1120 West Lake Co,    Buffalo Grove, IL 60089-1970
510771401       +EDI: BASSASSOC.COM Aug 27 2010 18:08:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                  3936 E. Ft. Lowell Rd., Suite #200,    Tucson, AZ 85712-1083
510700468       +EDI: HFC.COM Aug 27 2010 18:13:00      Hsbc/saks,    Pob 15521,    Wilmington, DE 19850-5521
510700469        EDI: RMSC.COM Aug 27 2010 18:13:00      JC Peney,    P O Box 960090,    Orlando, FL 32896-0090
510700474       +EDI: MID8.COM Aug 27 2010 18:13:00      Midland Credit Mgmt,    8875 Aero Dr,
                  San Diego, CA 92123-2251
510700485       +EDI: SEARS.COM Aug 27 2010 18:08:00      Sears Credit Cards,    P.O. Box 183081,
                  Columbus, OH 43218-3081
510700491        EDI: FUNB.COM Aug 27 2010 18:18:00      Wachov/ftu,    Po Box 3117,    Winston-salem, NC  27102
510700492       +EDI: WFNNB.COM Aug 27 2010 18:08:00      Wfnnb/victorias Secret,    Po Box 182128,
                  Columbus, OH 43218-2128
                                                                                               TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
510700461      ##+Bergen Rehab & HME,    Wilpage, Inc,    18 Utter Avenue,    Hawthorne, NJ 07506-2127
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**                                    **Signature:**    *Joseph Speetjens*